**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

**COLBERT SEALS and**                                                                       **PLAINTIFFS**
**PEGGY SEALS**

**VS.**                                    **CASE NO. 4:07CV00443 JLH**

**CBS CONTRACTING, INC.,
BIRT CRAIN, JR., and STEVEN
CRAIN, INDIVIDUALLY and
COLLECTIVELY**                                                            **DEFENDANTS**

## CONSENT JUDGMENT

ON THIS DAY was presented to the Court this Consent Judgment. Plaintiffs Colbert Seals and Peggy Seals consent to the judgment through their attorney of record, Cyndia M. Hammond. Defendants CBS Contracting, Inc., Birt Crain, Jr., and Steven Crain, individually and collectively consent to the judgment through their attorney of record, R. Victor Harper. The Court finds as follows:

The parties are in agreement that Plaintiffs are owed $30,000.00 plus pre- and post-judgment interest of 10% per annum as permitted by the Arkansas Code § 16-65-114 from Defendant CBS Contracting, Inc. for services rendered as breach of contract and fraud damages for economic losses.

The parties are in agreement that Plaintiffs have incurred attorney's fees in the amount of $3,000.00 and are owed reimbursement of attorney's fees from Defendant CBS Contracting, Inc. for breach of contract and fraud.

IT IS THEREFORE ORDERED that Plaintiffs Colbert Seals and Peggy Seals recover from Defendant CBS Contracting, Inc. the sum of $33,000.00 for economic damages and attorney's fees incurred in the present action.

IT IS FURTHER ORDERED that the Plaintiffs Colbert Seals and Peggy Seals take nothing from Defendants Birt Crain, Jr., individually and Steven Crain, individually. All other relief not expressly granted in this judgment is denied and dismissed with prejudice.

SIGNED ON December 21, 2007.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

/s/ Cyndia M. Hammond
Cyndia M. Hammond
AR Bar No. 2006114
NORTON & WOOD, L.L.P.
315 Main St.
Texarkana, Texas 75501
(903) 823-1321 - - telephone
(903) 823-1325 - - facsimile

Attorneys for Plaintiffs, Colbert Seals
and Peggy Seals


/s/ R. Victor Harper
R. Victor Harper
AR Bar No. 84066
717 South Lincoln
Star City, Arkansas 71667
Phone: (870) 628-4118

Attorney for Defendants, CBS
Contracting, Inc, Birt Crain, Jr., and
Steven Crain